Walker et al. *v.* Philadelphia et al., Appellants.

Argued January 19, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*John B. Day,* Assistant City Solicitor, with him *Charles Kovler,* Assistant City Solicitor, *Matthew W. Bullock, Jr.,* First Deputy City Solicitor, and *Levy Anderson,* City Solicitor, for appellants.

*Robert Thomas Richards,* with him *Herbert J. Hutton,* for appellee.

OPINION PER CURIAM, December 20, 1971:

Decree vacated and complaint dismissed for lack of jurisdiction in equity, without prejudice to the rights of plaintiffs to proceed before the appropriate taxing authorities.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.